BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-13-144 KJM |
| Plaintiff, | ) | |
| | ) | ENTRY OF APPEARANCE SEEKING APPOINTMENT AS COUNSEL FOR JASON NATHANIEL REED |
| v. | ) | |
| JASON NATHANIEL REED, et. al., | ) | |
| Defendants. | ) | |

Bruce Locke hereby enters his appearance in this case and seeks an Order appointing him to represent JASON NATHANIEL REED in this matter. The Federal Defender's Office has asked Mr. Locke to undertake this representation and, based upon his financial affidavit, Mr Reed qualifies for the appointment of counsel.

Mr. Reed is currently in Aspin, Colorado. Mr. Reed turned himself into the Marshal's office in Colorado when he was informed of the indictment in this case and he has been released in that jurisdiction on an unsecured bond of $10,000. The Court in Colorado ordered Mr. Reed to appear in this Court on May 15, 2013. The defense and the government will very soon be filing a stipulation and proposed order continuing Mr. Reed's initial appearance in this Court from May 15, 2013 to June 5, 2013.

Respectfully submitted,

DATED: May 10, 2013     /s/ Bruce Locke
                       BRUCE LOCKE

////

1

Based upon the forgoing, it is hereby ORDERED:

that Bruce Locke is appointed to represent JASON NATHANIEL REED in this matter.

Dated: May 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE