BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JASON REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-13-144 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF PERSONAL APPEARANCE |
| v. | ) | |
| JASON REED, et al., | ) | |
| Defendant. | ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: June 27, 2013          /s/ Jason Reed
                                                       JASON REED

APPROVED:

DATED: Thursday, June 27, 2013      /S/ Bruce Locke
                                                       BRUCE LOCKE
                                                       Attorney for JASON REED

IT IS SO ORDERED.

DATED: 6/27/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE